THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUGET SOUNDKEEPER ALLIANCE, | CASE NO. C17-0627-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ALASKAN COPPER COMPANIES, INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation to extend the time to respond to the complaint (Dkt. No. 9). The Court, finding good cause, GRANTS the request. Defendant Alaskan Copper Companies is granted an additional 30 days to file its responsive pleading to Plaintiff Puget Soundkeeper Alliance's complaint. The responsive pleading is now due on July 19, 2017.

DATED this 14th day of June 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER C17-0627-JCC
PAGE - 1