THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUGET SOUNDKEEPER ALLIANCE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALASKAN COPPER COMPANIES, INC.,<br><br>　　　　Defendant. | CASE NO. C17-0627-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation to extend the time to respond to the complaint (Dkt. No. 13). The Court, finding good cause, GRANTS the request. Defendant's responsive pleading to the complaint is due on August 16, 2017.

DATED this 19th day of July 2017.

　　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　s/Paula McNabb
　　　　　　　　　　　　　　　　　　　Deputy Clerk