**The Honorable Robert S. Lasnik**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUGET SOUNDKEEPER ALLIANCE,<br><br>Plaintiff,<br><br>vs.<br><br>ALASKAN COPPER COMPANIES, INC., d.b.a. ALASKAN COPPER WORKS,<br><br>Defendant. | Case No.: 17-627 RSL<br><br>STIPULATION AND [PROPOSED] ORDER TO REVISE DEADLINE UNDER SECTIONS II(7)(f) AND II(7)(n) OF CONSENT DECREE |

## STIPULATION AND [PROPOSED] ORDER

On May 30, 2018 this court entered a Consent Decree and Order ("Consent Decree") by and between Defendant Alaskan Copper Companies, Inc. d.b.a. Alaskan Copper Works ("ACW") and Plaintiff Puget Soundkeeper Alliance ("Soundkeeper"). Consistent with Consent Decree Section II(7), ACW has been diligently working to install stormwater treatment systems for drainage areas discharging to outfalls at ACW's facility in Seattle. Specifically, all capital purchases have been made, all equipment has been brought on to ACW's property, construction of the aboveground treatment system has been completed, and a majority of the electrical work is nearly complete. However, installing lift stations and underground piping is behind schedule

STIPULATION AND [PROPOSED]
ORDER TO REVISE DEADLINE
UNDER SECTIONS II(7)(f) AND II(7)(n)
OF CONSENT DECREE – 2:17-cv-00627-RSL

– 1 –

because of a delay in obtaining a side sewer permit from the City of Seattle's ("City") Department of Construction and Inspections ("DCI"). During the initial permitting process, ACW notified the City's Development Services Office ("DSO") that the work required under the Consent Decree would necessarily take place within three easements owned by the City. For DSO to approve the work and allow DCI to issue a side sewer permit, a review period and a consent agreement for each easement was a necessary prerequisite. DSO gave a three to six month timeline to complete the review and approval process for the consent agreements. DSO and DCI indicated that trenching, and installing lift stations and the on-site conveyance system, could not proceed until the side sewer permit was issued.

In order to expedite the process, DSO and ACW negotiated a compromise where ACW purchased two of the three easements from the City and DSO allowed DCI to issue the side sewer permit prior to DSO finalizing the consent agreement for the third easement. DCI issued the side sewer permit on September 11, 2018. During the access delay, ACW diligently worked to start construction on all other above ground components for the treatment system. ACW believes it will need until November 12, 2018 to complete installing the entire stormwater treatment system.

Soundkeeper agrees to the Court revising the deadlines in Consent Decree Sections II(7)(f) and II(7)(n) from September 15, 2018 to November 12, 2018.

For these reasons, Soundkeeper and ACW, by and through their undersigned attorneys, stipulate to, and request the Court to enter, the following Order extending the deadline for the stormwater treatment system identified in Sections II(7)(f) and II(7)(n) of the Consent Decree.

Based on ACW's and Soundkeeper's mutual stipulation, the Court hereby ORDERS that:

STIPULATION AND [PROPOSED]
ORDER TO REVISE DEADLINE
UNDER SECTIONS II(7)(f) AND II(7)(n)
OF CONSENT DECREE – 2:17-cv-00627-RSL

1. The deadlines in Sections II(7)(f) and II(7)(n) to the Consent Decree are hereby extended to November 12, 2018.

DATED this ~~26th~~ 2nd day of ~~September~~ October, 2018.

/s/ Robert S. Lasnik
Honorable Robert S. Lasnik

*Presented by:*

MARTEN LAW, PLLC

*s/ Jeff B. Kray*

Jeff B. Kray, WSBA No. 22174
Sarah J. Wightman, WSBA No. 51526
1191 Second Avenue, Suite 2200
Seattle, WA 98101
Phone: 206-292-2600
Fax: 206-292-2601
Email: jkray@martenlaw.com
       swightman@martenlaw.com
Attorneys for Defendant Alaska Copper Companies, Inc. d.b.a. Alaska Copper Works

SMITH & LOWNEY

*s/Richard A. Smith*
Richard A. Smith
Katherine Brennan
2317 East John Street
Seattle, WA 98112
Phone: 206-860-2883
Email: richard@smithandlowney.com
       katherine@smithandlowney.com
Attorneys for Plaintiffs Puget Soundkeeper Alliance

STIPULATION AND ~~[PROPOSED]~~
ORDER TO REVISE DEADLINE
UNDER SECTIONS II(7)(f) AND II(7)(n)
OF CONSENT DECREE – 2:17-cv-00627-RSL